UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-10074-JLK

RHIANNA KOCKA,

    Plaintiff,

v.

BREEZY BUDDHA CAFÉ, LLC, et al.,

    Defendants.

_____/

**ORDER GRANTING JOINT MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE**

THIS MATTER is before the Court on the parties' Joint Motion to Approve FLSA Settlement Agreement and Stipulation of Dismissal with Prejudice (D.E. #17) filed August 26, 2020, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. That the parties' Joint Motion for Approval of Parties' Settlement and Dismissing Case with Prejudice **(D.E. #17)** be, and the same is hereby, **GRANTED**.

2. The above-styled case is hereby DISMISSED with prejudice. The Court retains jurisdiction of this matter for the enforcement of the terms and conditions of settlement.

3. All unresolved pending motions in this case are hereby DENIED as moot.

4. The **Pretrial Conference** previously set for **November 5, 2021** and the

**Trial** previously set for **January 31, 2022** are hereby CANCELED.

     5.     The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 27th day of August, 2020.

                                                             */s/ James Lawrence King*
                                                              JAMES LAWRENCE KING
                                                              UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record